UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-134 |
| | ) | (Varlan / Guyton) |
| DAVID ROUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Defendant David Rouse's Motion to Extend Motion Deadline [Doc. 48]. In support of his request, counsel for Mr. Rouse, Attorney Wade Davies, reports that the defendant remains in an inpatient treatment program, ordered by the Court as a condition of his pretrial release. Mr. Rouse is anticipated to complete the program on November 19, 2007. Attorney Davies states that he has received a large quantity of material in discovery and that a reasonable time will be required to conduct a meaningful review of these materials with Mr. Rouse after his discharge from the program. Attorney Davies requests an extension of two weeks for the filing of pretrial motions under these circumstances.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions on behalf of David Rouse. Accordingly, his Motion to Extend Motion Deadline

**[Doc. 48]** is **GRANTED**. Pretrial motions for Mr. Rouse may be filed on or before **November 30, 2007,** as requested. The United States shall file any responses to pretrial motions as to this defendant on or before **December 14, 2007.**

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge